Benjamin G. Kilpatrick, Appellee, v. Elmer G. Olson et al., Appellees.
Thomas J. McMahon, Receiver for the use and benefit of Charles L. McNamara, Receiver's Attorney, Appellant, v. Benjamin G. Kilpatrick et al., Appellees.

Gen. No. 40,212.

opinion filed June 28, 1939. Edward C. Guilmez, for appellant; Kirkland, Fleming, Green, Martin & Ellis and Samuel A. & Leonard B. Ettelson, for appellee Benjamin G. Kilpatrick; J. B. Cleaver, Wm. H. Van Oosterhout and Wayne F. Swonk, of counsel. Opinion by JUSTICE SCANLAN. ''Not to be published in full.''